**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO. 10-02425 MCF** |
| **VICTOR MANFREDO CARDONA CARDONA** | **Chapter 11** |
| **VIVIAN ENEIDA VICENTE MERCADER** | **(Small Business)** |
| **d/b/a TACO MAKER SAN GERMAN** | |
| **XXX-XX-6147** | |
| **XXX-XX-1324** | |
| | **FILED & ENTERED ON 09/08/2010** |
| **Debtor(s)** | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING
TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING
THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO
THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND
OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT
AND THE HEARING ON CONFIRMATION OF THE PLAN
SMALL BUSINESS ELECTION; 11 U.S.C. § 1125(f)**

   The Disclosure Statement filed on 08/31/2010 is conditionally **APPROVED** (Docket Entry 81).

   The Debtor(s) shall notify this Order Conditionally Approving the Disclosure Statement, the Disclosure Statement, the Plan and the Ballots as provided by Bankruptcy Rules 2002 and 3017.

<u>**ORDERED**</u>

   1.  That the herein described Disclosure Statement be and is hereby conditionally approved.

   2.  That the debtor and parties in interest may now solicit acceptances or rejections of the debtor's Plan of Reorganization pursuant to 11 USC Section 1125.

   3.  That the conditionally approved Disclosure Statement and the Plan referred to herein are to be circulated to all parties in accordance with Bankruptcy Rule 3017.1 and 11 USC Section 1125(f).

   4.  That acceptances or rejections of the Plan may be filed in writing by the holders of all claims on/or before fourteen (14) days prior to the date of the hearing on confirmation of the Plan.

   5.  That any objection to the final approval of the Disclosure Statement and/or the confirmation of the Plan shall be filed on/or before fourteen (14) days prior to the date of the hearing on confirmation of the Plan.

   6.  That the debtor shall file with the Court a statement setting forth

compliance with each requirement in section 1129, the list of acceptances and rejections and the computation of the same, within seven (7) working days before the hearing on confirmation.

7. If the documents specified in paragraph six (6) are not filed on time, the Court may not hold the confirmation hearing and the debtors in possession or moving party shall appear on the scheduled date to show cause why sanctions should not be imposed, costs and attorney's fees awarded to appearing parties, and why the case should not be dismissed or converted to Chapter 7, for cause, pursuant to 11 USC 1112(b).

8. At the confirmation hearing the Court will conclude the estimated date for "substantial consummation" of the Plan as defined in 11 USC 1101(2). The debtor in possession or moving party shall submit to the Court the information necessary to enter a final decree, as set forth in LBR 3022-1.

9. That a hearing for the consideration of the final approval of the Disclosure Statement and the confirmation of the Plan and of such objections as may be made to either will be held on 10/07/2010 at 09:30 A.M. at the U.S. Bankruptcy Court, Luis A. Ferré Post Office and Courthouse Building, Second Floor, 93 Atocha Street, Ponce, Puerto Rico.

**SO ORDERED.**

Ponce, Puerto Rico, this 08 day of September, 2010.

*Mildred Caban*

**MILDRED  CABAN FLORES**
**U.S. Bankruptcy Judge**

**C: DEBTOR(S)**
**WANDA I. LUNA MARTINEZ**
**UST**